UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BUILDING SERVICE 32B-J HEALTH FUND,
BUILDING SERVICE 32B-J PENSION FUND,
BUILDING SERVICE 32B-J ANNUITY FUND,   02 Civ 7895(DAB)

-against-   **SATISFACTION OF JUDGMENT**

ATA HOUSING CORP.
a/k/a ATA TOWERS ASSOCIATES
-----------------------------------------------------------X

WHEREAS, a judgment was entered in the above action on the 1st day of August, 2003 in favor of Building Service 32B-J Health Fund, the Building Service 32B-J Pension Fund and the Building Service 32B-J Annuity Fund, and against ATA Housing Corp., a/k/a ATA Towers Associates, in the amount of $331,906.31 plus interest from the 10th day of July, 2003 in the amount of $19,387.49, plus liquidated damages in the amount of $51,850.64, plus attorneys fees in the amount of $1,230.00, and costs and disbursements in the amount of $185.00, amounting to a grand total of $331,906.31; and these items having been taxed on the 1st day of August 2003; and said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgement is hereby acknowledged and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
       July 12, 2007

                                        Raab, Sturm & Goldman LLP

                                        By: _____
                                        Ronald Goldman, Esq. (RG-3222)
                                        Attorneys for Plaintiff
                                        317 Madison Ave. Suite 1708
                                        New York, NY 10017
                                        Phone: (212) 779-8596

STATE OF NEW YORK         )
                                                  ss.:
COUNTY OF NEW YORK   )

On the 12th day of July, 2007 before me personally came Ronald Goldman to me known and known to be a member of the firm of Raab, Sturm & Goldman, LLP, attorneys for Plaintiffs in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public for State of New York

NANCY STRASFELD
Notary Public, State of New York
No. 02ST6129584
Qualified in New York County
Commission Expires June 27, 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BUILDING SERVICE 32B-J HEALTH FUND,
BUILDING SERVICE 32B-J PENSION FUND,
BUILDING SERVICE 32B-J ANNUITY FUND,       02 Civ 7895(DAB)

    -against-

                               **AFFIDAVIT OF SERVICE**

ATA HOUSING CORP.
a/k/a ATA TOWERS ASSOCIATES
-----------------------------------------------------------------X
STATE OF NEW YORK  )
                        ) ss:
COUNTY OF NEW YORK )

    TARA ZAMBOLI, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in the Bronx, New York.

    On July 23, 2007, I served a true copy of the Satisfaction of Judgment, by mailing, via First Class Mail, in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

        Ron Gold, Esq.- Attorney for Defendants
        Kagan, Lubic, Lepper, Lewis, Gold & Colbert LLP
        200 Madison Ave., 24th Floor
        New York, New York 10016

Sworn before me on this the
23rd day of July 2007

                                                  TARA ZAMBOLI

NANCY STRASFELD
Notary Public, State of New York
No. 02ST6129584
Qualified in New York County
Commission Expires June 27, 2009